IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY, *an Ohio Company*,

   Plaintiff,

v.

JAY P. DUNSHIE, *individually, and* DOUG MIDDLESTETTER, *as personal representative of the Estate of Sharon P. Mares Hudinchia*,

   Defendants.

Civ. No. 6:22-cv-00995-MK

ORDER

MCSHANE, Judge:

  Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 41), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Defendants did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 41) is adopted. Plaintiff's Motion for Interpleader Relief and Final Judgment of Discharge, Fees, and Costs (ECF No. 26) is GRANTED.

IT IS SO ORDERED.

  DATED this 24th day of May, 2023.

1 –ORDER

                                                                                     _____/s/ Michael J. McShane_____
                                                                                                Michael McShane
                                                                                United States District Judge